IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RHH LLC d/b/a TELOS FURNITURE,

                        Plaintiff,

    v.                                                          ORDER

MADISON HOTEL PROPERTY INVESTMENT, LLC,          19-cv-161-jdp
PURCHASING SOLUTIONS INTERNATIONAL,
INC., and J. MICHAEL WILLIAMS,

                        Defendants.

The court held a hearing on the motions for default judgment, Dkt. 62 and Dkt. 72, via Zoom on July 14, 2020. Counsel for plaintiff RHH LLC, d.b.a. Telos Furniture, informed the court that defendant Purchasing Solutions International, Inc. had filed for bankruptcy, and that no lift-stay order had been issued. Accordingly, the case is stayed as to Purchasing Solutions International, Inc.

During the hearing, the court raised several additional issues. (1) The court asked Telos to explain how service on defendant J. Michael Williams could have been made by service on Alexa Guijosa. (2) The court asked Telos to explain how the allegations in its complaint would support the mental state required for a civil theft claim against Williams. (3) The court asked both Telos and Madison Hotel Property Investment, LLC (MPHI) to explain how the settlement payment from MPHI to Telos would affect the calculation of damages, especially exemplary damages, against Williams. (4) The court asked Telos and MPHI to clarify whether any of their claims were brought against Williams but not Purchasing Solutions.

The court has an additional concern that was not addressed at the hearing. MPHI's claims for miscellaneous costs and attorney fees are not sufficiently explained or documented.

Guidance on requests for attorney fees is in the court's pretrial packet. (Attachment to Dkt. 32, at 39.) The expenses described in paragraph 7.b. and 7.d. of Dkt. 74 must be more fully detailed and documented.

Telos and Madison Hotel Property Investment have until July 28, 2020, to submit responses to the court's inquiries and any other information related to their motions for default judgment against Williams.

Entered July 17, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2