IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MADISON HOTEL PROPERTY
INVESTMENT, LLC,

      Cross-Claimant,                                    Case No.  19-cv-161-jdp

   v.

J. MICHAEL WILLIAMS,

      Cross-Defendant.

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of cross-claimant Madison Hotel Property Investment, LLC against cross-defendant J. Michael Williams in the amount of $1,401,567.88, plus interest at the legal rate until the judgment is satisfied.

_s/V. Olmo, Deputy Clerk_          3/3/2021
Peter Oppeneer, Clerk of Court        Date